JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNIFER J. SHIELDS,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | ) Case No. 2:21-cv-09314-PD<br>)<br>) **JUDGMENT OF VOLUNTARY**<br>) **REMAND**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  Sept. 15, 2022

_Patricia Donahue_
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE